UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:11-cr-51 |
| | ) | Chief Judge Curtis L. Collier |
| DARRIUS JOVAN TAYLOR | ) | |
| | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count

Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate

Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant

shall remain in custody until sentencing in this matter (Court File No. 22). Neither party filed a

timely objection to the report and recommendation. After reviewing the record, the Court agrees

with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation (Court File No. 22) pursuant to 28

U.S.C. § 636(b)(1) and **ORDERS** as follows:

   (1)    Defendant's motion to withdraw his not guilty plea to Count One of the Indictment

          is **GRANTED**;

   (2)    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

   (3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

          Indictment;

   (4)    Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

          scheduled to take place on **Thursday, December 15, 2011 at 9:00 a.m.** before the

Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2